UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-4695-DMG (AGRx)** | Date | September 19, 2019 |
| Title | ***Rose Diaz, et al. v. County of Ventura, et al.*** | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On August 5, 2019, the Court set a Scheduling Conference. [Doc. # 21.] As required by the Court's August 5, 2019 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a ***Joint*** Rule 26(f) Report. Defendants have filed a unilateral Rule 26(f) Report. [Doc. # 32.]

IT IS HEREBY ORDERED that Plaintiffs show cause in writing no later than **September 26, 2019**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

IT IS SO ORDERED.