**LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

**LAW OFFICES OF JOHN L. BURRIS**
DeWITT M. LACY, Esq. (SBN 258789)
K. CHIKE ODIWE, Esq. (SBN 315109)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com
chike.odiwe@johnburrislaw.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE DIAZ; and DIMAS DIAZ, individually; EDITH DIAZ, JESSE DIAZ; DAVID CHASE DIAZ and D.A.D., a minor by and through her guardian ad litem ALEXIS MARIE OLIVAREZ, individually and as co-successors-in-interest to Decedent DIMAS DIAZ JR., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF VENTURA, a municipal corporation; NOEL JUAREZ, | CASE NO.: 2:19-cv-04695-DMG-AGR <br><br> **PETITION TO APPROVE COMPROMISE OF MINOR PLAINTIFF D.A.D's CLAIMS; [PROPOSED] ORDER GRANTING PETITION** <br><br> Date:       April 17, 2020 <br> Time:      9:30 a.m. <br> Location: United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor <br><br> Hon. Dolly M. Gee |

| | |
|---|---|
| 1 | individually and in his official capacity as a sheriff's deputy for the Ventura County Sheriff's Department and DOES 1-50, inclusive, individually and in their official capacities as agents for the Ventura County Sheriff's Department; and BRIAN GREEN, individually and in his official capacity as a California Highway Patrol Officer for the California Highway Patrol and DOES 51-65, inclusive, individually and in their official capacities as California Highway Patrol Officers, |
| | Defendants. |

**TO THIS HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**:

TAKE NOTICE that on April 17, 2020, at 9:30 a.m. or as soon thereafter as this matter may be heard in Courtroom 8C of the United States District Court for the Central District of California, located at 350 West First Street, Los Angeles, California, Petitioner ALEXIS MARIE OLIVAREZ , as the duly appointed Guardian *ad Litem* for Minor Plaintiff D.A.D. in the above entitled action, will, and hereby does, petition this Court for an order approving the compromise and settlement of the disputed claims of Minor Plaintiff D.A.D. against the County of Ventura and Ventura County Sheriff Deputy Noel Juarez ("County Defendants").

The parties to the settlement are Plaintiffs and the County Defendants only. These parties have reached a settlement in the amount of $800,000 in exchange for a dismissal with prejudice of all claims against the County Defendants arising from the subject January 12, 2019 incident. The pleadings affected by the settlement are Plaintiffs' Second Amended Complaint for Damages, filed August 12, 2019.

Settlement was reached after two sessions of mediation. On January 14, 2020, Magistrate Judge La Mothe conducted a first settlement conference with Plaintiffs and

the County Defendants. Thereafter, a second settlement conference was held on February 6, 2020. Magistrate Judge La Mothe proposed a mediator's compromise of $800,000 for the settlement of all claims against the County Defendants, which was ultimately accepted by both parties.

This Petition is brought following the settlement outlined above by Minor Plaintiff D.A.D. by and through her Guardian *ad Litem*, Petitioner ALEXIS MARIE OLIVAREZ. There is no opposition to this Petition by the other Plaintiffs or by the County of Ventura Defendants.

## **PETITION**

Petitioner Alexis Marie Olivarez respectfully represents:

1. Petitioner ALEXIS MARIE OLIVAREZ is the natural sibling of minor plaintiff D.A.D.

2. OLIVAREZ was appointed as Guardian *ad Litem* to minor Plaintiff D.A.D. by this Court on November 8, 2019 (Dkt. No. 47).

3. Minor D.A.D. was born on February 10, 2006 and is presently 14 years old.

4. Minor D.A.D. has a cause of action for the alleged wrongful death of her father, Decedent Dimas, Jr., in addition to causes of action for negligence, violations of the Fourth and Fourteenth Amendments of the U.S. Constitution, and California Civil Code § 52.1, against the named defendants herein on which a lawsuit was brought in this court. Co-Plaintiffs EDITH DIAZ, DAVID CHASE DIAZ, and JESSE DIAZ also share in Minor D.A.D.'s wrongful death, negligence, violations Fourth and Fourteenth Amendments of the U.S. Constitution, and California Civil Code § 52.1 causes of action. All Plaintiffs share in the Fourteenth Amendment cause of action for the loss of familial relationship.

5. Plaintiffs' causes of action arise out of the incident that occurred on January 12, 2019 in which Decedent Dimas Diaz, Jr. died after being shot by Defendants CHP Officer BRIAN GREEN and Ventura County Deputy Sheriff NOEL JUAREZ.

6. Plaintiffs and the County Defendants have reached settlement in this matter as to all claims against the County Defendants with the approval of the County of Ventura Board of Supervisors. The total settlement of the case is in the amount of $800,000.00, including all costs and attorneys' fees. The parties have agreed on apportionment of the settlement. Of the total gross settlement amount, Minor Plaintiff D.A.D.'s gross settlement shall be $160,000.00 (20% of the total settlement).

    a. Attorney fees for Minor Plaintiff D.A.D. shall be at 25% each of her total gross recovery, in the amount of $40,000.00, pursuant to the contingency fee agreement in this case.

    b. Proportionate with Minor Plaintiff D.A.D.'s share of the $800,000.00 recovery, Minor Plaintiff shall bear 20% of the total $2,191.89 in litigation costs incurred by her counsel in this action: $438.38.

    c. Minor Plaintiff D.A.D.'s net settlement is in the amount of $119,561.62.

    d. Defendant(s) shall arrange for the purchase of a tax-free structured settlement annuity policy from MUTUAL OF OMAHA STRUCTURED SETTLEMENT CO., through Horacio Lleverino, of Settlement Planners, Inc. in the sum of $119,561.62.

    e. **Defendant County of Ventura** shall execute a Settlement Agreement and Release and execute a "Qualified Assignment" of its obligation to make periodic payments pursuant thereto in compliance with IRC Section 104(a)(2) and Section 130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to **Mutual of Omaha Structured Settlement Company, Inc.** ("Assignee"). Assignee shall purchase a structured settlement annuity for **$119,561.62** through **United of Omaha Life Insurance Company**

which is rated **A+ (Superior) Financial Size XV** through A.M. Best. Said annuity shall provide the following guaranteed Periodic Payments:

    i. $10,000.00 payable annually, guaranteed for 4 years, beginning on 7/01/2024, with the last guaranteed payment on 7/01/2027.

    ii. $500.00 payable monthly, guaranteed for 12 years, beginning on 7/01/2024, with the last guaranteed payment on 6/01/2036.

    iii. Lump sum payment of $10,000.00 payable on 02/10/2031 (Age 25).

    iv. Lump sum payment of $24,018.58 payable on 02/10/2036 (Age 30).

7. This petition was prepared by the Law Offices of John L. Burris, the lead counsel representing plaintiffs in this action. DeWitt M. Lacy, Esq. of Law Offices of John L. Burris also represents plaintiffs and is in agreement with the terms of this Petition. John L. Burris, Esq. and DeWitt M. Lacy, Esq. hereby represent to the Court that they became involved in this case at the request of plaintiffs, and have not received, and do not expect to receive any compensation for their services in connection with this action from any person other than the parties whom they represent in this action.

8. Petitioner and her counsel have made a careful and diligent inquiry and investigation to ascertain the facts relating to the subject incidents, the responsibility therefore, and the nature and extent of injury to the minor plaintiff, and fully understand that if the compromise herein proposed is approved by the Court and is consummated, said minor plaintiff will be forever barred and prevented from seeking any further recovery of compensation as against all County of Ventura Defendants in this action, even if said minor's losses and injuries might in the future prove to be more serious than they are now thought to be.

9. Petitioner recommends this compromise settlement to the Court as being fair, reasonable, and in the best interests of said minor plaintiff.

10. Filed currently with this Petition as Exhibit 1 is the individually designed settlement proposal prepared by Horacio Lleverino, of Settlement Planners, Inc outlining the structured settlement annuity for **$119,561.62** through **United of Omaha Life Insurance Company** which is rated **A+ (Superior) Financial Size XV** through A.M. Best.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2020             **LAW OFFICES OF JOHN L. BURRIS**

                                                 __/s/ *DeWitt M. Lacy*__
                                                 DeWitt M. Lacy
                                                 Attorney for Plaintiffs

# [PROPOSED] ORDER

The Court hereby approves the Minor Plaintiff D.A.D.'s compromise according to the terms set forth below:

Payment by **Defendant County of Ventura** in the sum of **$119,561.62** to **Mutual of Omaha Structured Settlement Company ("ASSIGNEE")** to provide for the tax-free structured settlement set forth below ("Periodic Payments").

The sum of **$119,561.62** is to be used by **Defendant COUNTY OF VENTURA AND/OR ASSIGNEE** to arrange for the purchase of a tax-free structured settlement annuity policy from **United of Omaha Life Insurance Company,** through Horacio Lleverino of Settlement Planners, Inc.

**Defendant County of Ventura** shall execute a Settlement Agreement and Release and execute a "Qualified Assignment" of its obligation to make periodic payments pursuant thereto in compliance with IRC Section 104(a)(2) and Section 130(c) of the Internal Revenue Code of 1986, as amended. Said assignment shall be made to **Mutual of Omaha Structured Settlement Company ("Assignee")**. Upon doing so, **Defendant County of Ventura** will no longer be obligated to make the future periodic payments and the **Assignee** will be the Plaintiff's sole obligor with respect to the future periodic payments, and **Defendant County of Ventura** will have no further obligations whatsoever to the Plaintiff. The Assignee shall purchase a structured settlement annuity for **$119,561.62** through **United of Omaha Life Insurance Company** which is rated **A+ (Superior) Financial Size XV** through A.M. Best.

No part of said **$119,561.62** may be paid to the **Petitioner**, this Court having determined that a tax-free structured settlement is in the best interest of the minor. **Petitioner** is authorized to settle this claim on behalf of D.A.D. and receive and negotiate funds on behalf of the minor. No bond shall be required of **Petitioner**. Receipt for purchase of annuity is to be filed with the Court within 60 days.

**IT IS SO ORDERED.**

Dated: April \_\_\_\_, 2020          _____
                                                  HONORABLE DOLLY M. GEE