JS-5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE DIAZ; and DIMAS DIAZ, individually; EDITH DIAZ, JESSE DIAZ; DAVID CHASE and D.A.D., a minor by and through her guardian ad litem Alexis Marie Olivarez, individually and as co-successors-in-interest to Decedent DIMAS DIAZ JR., <br><br>Plaintiffs, <br><br>vs. <br><br>COUNTY OF VENTURA, a municipal corporation; NOEL JUAREZ, individually and in his official capacity as a sheriff's deputy for the Ventura County Sheriff's Department and DOES 1-50, inclusive, individually and in their official capacities as agents for the Ventura County Sheriff's Department; and BRIAN GREEN, individually and in his official capacity as California Highway Patrol Officer for the California Highway Patrol and DOES 51-65, inclusive, individually and in their official capacities as California Highway Patrol Officers, <br><br>Defendants. | Case No.: CV 19-4695-DMG (AGRx) <br><br>**AMENDED ORDER GRANTING DEFENDANTS COUNTY OF VENTURA AND NOEL JUAREZ'S APPLICATION FOR GOOD FAITH SETTLEMENT DETERMINATION [62]** |

1

1      The Court has reviewed and considered the motion of Defendants County of Ventura and Noel Juarez for good faith settlement determination.  For good cause shown,

     IT IS HEREBY ORDERED that the consideration of $800,000 paid to Plaintiffs by or on behalf of Defendants County of Ventura and Noel Juarez, constitutes and is found to be a good faith settlement; and

     IT IS HEREBY ORDERED that the above-captioned action against Defendants County of Ventura and Noel Juarez is hereby dismissed with prejudice, and without costs, all costs having been fully paid, and the causes against Defendants County of Ventura and Noel Juarez, having been fully compromised and settled.

     This action shall proceed as to remaining Defendant Brian Green.

**IT IS SO ORDERED.**

DATED:  November 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE