IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROSE DIAZ, ET AL.,**<br><br>Plaintiffs,<br><br>v.<br><br>**COUNTY OF VENTURA, ET AL.,**<br><br>Defendants. | Case No. 2:19-cv-04695 DMG(AGRx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Date:         January 8, 2021<br>Time:         3:00 p.m.<br>Courtroom:  8C<br><br>Judge:        Hon. Dolly M. Gee<br><br>Trial Date:   March 30, 2021<br>Action Filed: May 30, 2019 |

The Motion of Defendants Brian Green for Summary Judgment, or, in the Alternative, Partial Summary Judgment, came on regularly for hearing before this Court.

After considering the moving and opposition papers, and having concluded that there is no genuine issue as to any material fact with respect to any of the plaintiffs' claims for relief against defendant,

//

//

//

//

1

1     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment
2 shall be entered in favor of Defendant Brian Green.

4 Dated: _____      _____

                                                                                                                                                      The Honorable Dolly M. Gee

6 LA2019502881
63787876.docx