**THE LAW OFFICES OF JOHN L. BURRIS**
JOHN L. BURRIS, Esq. (SBN 69888)
K. CHIKE ODIWE, Esq. (SBN 315109)
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
chike.odiwe@johnburrislaw.com

**THE LAW OFFICES OF JOHN L. BURRIS**
DeWITT M. LACY, Esq. (SBN 258789)
9701 Wilshire Blvd., Suite 1000
Beverly Hills, California 90212
Telephone: (310) 601-7070
Facsimile: (510) 839-3882
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE DIAZ, and DIMAS DIAZ, individually; EDITH DIAZ, JESSE DIAZ; DAVID CHASE and D.A.D., a minor by and through her guardian ad litem Alexis Marie Olivarez, individually and as co-successors-in-interest to Decedent DIMAS DIAZ JR., <br><br> Plaintiffs, <br><br> **v.** <br><br> COUNTY OF VENTURA, a municipal corporation; NOEL JUAREZ, individually and in his official capacity as a sheriff's deputy for the Ventura County Sheriff's Department and DOES | 2:19-cv-04695 DMG(AGRx) <br><br> **PLAINTIFFS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT,** <br><br> Date:   January 8, 2021 <br> Time:   3:00 p.m. <br> Courtroom:   8C <br><br> Judge:   Hon. Dolly M. Gee <br><br> Trial Date:   March 30, 2021 <br> Action Filed: May 30, 2019 |

1-50, inclusive, individually and in their official capacities as agents for the Ventura County Sheriff's Department; and BRIAN GREEN, individually and in his official capacity as California Highway Patrol Officer for the California Highway Patrol and DOES 51-65 inclusive, individually and in their official capacities as California Highway Patrol Officers,

Defendants.

Plaintiffs Rose Diaz, et al., hereby submit the following statement of genuine disputes of material facts and citations to supporting evidence in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment under Local Rule 56-1.

## STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| 1. Defendant Brian Green is, and at all times relevant herein was, a peace officer employed by the California Highway Patrol (CHP) assigned to the CHP Moorpark Area Office. | Declaration of Donna M. Dean (Dean Decl.), ¶¶ 2, 3, Exs. 1 and 2 (Green Depo., vol. I, pp. 14:18-15:12, 16:17-17:1; vol. II, p. 60:12-13) | Undisputed. |
| 2. Officer Green was on duty, driving a | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| marked CHP vehicle and wearing a tan CHP uniform on January 12, 2019. | pp. 58:9-59:21, 94:21-23, 95:6-7) | |
| 3.    Officer Green was the Officer in Charge for the CHP Moorpark area office on January 12, 2019, meaning that he was the field supervisor because there was no sergeant on duty. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 61:11-19, 61:24-62:10, 83:23-84:10) | Undisputed. |
| 4.    On January 12, 2019, Officer Green was monitoring radio traffic from the CHP Ventura Communications Center (VCC). | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 60:14-61:2) | Undisputed. |
| 5.    On January 12, 2019, at approximately 10:33 a.m., the VCC dispatcher advised that | Declaration of Joanne Smith (Smith Decl.), ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| Ventura County Sheriff's Office (VCSO) was in pursuit of a gray Chrysler on Las Posas in Camarillo, California. | at 10:37 and dispatch audio at 0:01-0:12); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 60:14-61:2, 64:8-20) | |
| 6.     The driver of the suspect vehicle was later identified as Dimas Diaz, Jr. | Smith Decl., ¶¶ 1-5, Ex. 1 (Incident Detail Report at 11:08:24); First Amended Complaint, ¶¶ 8, 28 | Undisputed. |
| 7.     At approximately 10:38 a.m., VCSO requested assistance from CHP. | Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 10:38:49 and dispatch audio at 0:50) | Undisputed. |
| 8.     A VCSO helicopter joined, monitored the pursuit from overhead, and took video. | Declaration of VCSO Senior Deputy Ryan Poynter (Poynter Decl.), ¶¶ 1-12, Ex. 7 (VCSO helicopter video); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | at 10:47:46 and dispatch audio at 13:14) | |
| 9.    At approximately 10:55 a.m., the suspect vehicle headed southbound on the 101 freeway. | Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 10:55:22 and dispatch audio at 20:53) | Undisputed. |
| 10.   At approximately 11:10 a.m., Officer Green joined the pursuit. | Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:10:03 and dispatch audio at 36:56); Declaration of Victor Lacy (Lacy Decl.), ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 19:08);  Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 64:8-23) | Undisputed. |
| 11.   During the pursuit, the officers, including Officer Green, were advised by | Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 10:38:38, 10:40:16, | Undisputed. |

| **STATEMENT OF FACT** | **EVIDENCE** | **PLAINITFFS' RESPONSE** |
|---|---|---|
| VCC dispatch that the suspect vehicle ran red lights, reached speeds of at least 80 m.p.h. on surface streets, entered the freeway and drove at high speeds and in the center divider. | 10:42:57, 10:54:07, 10:54:27, 10:56:29, 10:58:57, 11:01:43, 11:02:44, 11:04:10, 11:06:38, 11:07:26, 11:09:40, 11:10:43, 11:11:15 and dispatch audio at 0:35, 0:50, 4:22, 5:28, 19:40, 20:00, 21:36, 23:40, 25:18, 25:50, 27:02, 33:45, 33:53, 36:45, 37:48, 41:54); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 73:2-8) | |
| 12.   During the pursuit, Officer Green saw the suspect vehicle reach speeds of 95 to 100 miles per hour and use the center divider to pass other vehicles. | Declaration of Brian Green (Green Decl.), ¶ 2; Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:10:43, 11:11:15 and dispatch audio at 37:48. 41:54); Lacy | Undisputed. |

6

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 19:08, 20:05, 20:40) | |
| 13.  The officers, including Officer Green, were advised by VCC dispatch that the vehicle driven by Diaz was stolen (Cal. Pen. Code § 10851). | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 73:2-23); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 10:40:50 and dispatch audio at 3:40) | Disputed in Part. Dispatch also informed that the car had been rented from Hertz by a woman. (Exhibit g - CAD entry 11:03:06CHP000545, CHP000599.) |
| 14.  The officers, including Officer Green, were advised by VCC dispatch that Diaz was considered armed and dangerous. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 73:2-23); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:09:54, 11:10:03 and dispatch audio at 37:28, 42:40); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 19:46, 21:50) | Undisputed. |
| 15.  The officers, including Officer Green, were also | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 73:2-23); Smith | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| advised by VCC dispatch that Diaz was a wanted felon ("1036F"), had a no bail warrant for parole violation, and had a history of "psych" concerns, weapons, and gangs. | Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:09:54, 11:10:03 and dispatch audio at 37:28, 42:40); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 21:40) | |
| 16.   At approximately 11:15 a.m., Officer Green cancelled the pursuit ("10-22") due to traffic and weather conditions. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 77:19-78:5, 79:19-80:13); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:15:18 and dispatch audio at 44:38); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:26), Ex. 2 (Putzel MVARS, part 1 at 0:20)[1], Ex. 3 (Fary | Undisputed. |

[1]

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | MVARS, part 1 at 26:56) | |
| 17.   Immediately after the pursuit was cancelled, Diaz swerved across all southbound lanes of the freeway, and crashed into a guardrail on the right shoulder. | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:44), Ex. 2 (Putzel MVARS, part 1 at 4:05), Ex. 3 (Fary MVARS, part 1 at 27:35); Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27[2]); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:15:45 and dispatch audio at 45:16); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 80:16-81:11) | Undisputed. |
| 18.   After the collision, Diaz got out | Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO | Undisputed. |

[2] See time stamp in blue on video.

| **STATEMENT OF FACT** | **EVIDENCE** | **PLAINITFFS' RESPONSE** |
|---|---|---|
| of the vehicle and positioned himself on the driver's side of the vehicle so that the vehicle was between himself and the officers. | helicopter video at 11:15:27); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:16:03 and dispatch audio at 45:37); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 81:23-82:9); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:44), Ex. 2 (Putzel MVARS, part 1 at 4:13), Ex. 3 (Fary MVARS, part 1 at 27:49) | |
| 19.   Officer Green and other law enforcement personnel blocked the freeway, held Diaz at gunpoint, and ordered him to surrender. | Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27-11:55:45); Lacy Decl., ¶¶ 1-6, Ex. 4 (Bemiller MVARS at 7:00-23:05) | Undisputed. |

| **STATEMENT OF FACT** | **EVIDENCE** | **PLAINITFFS' RESPONSE** |
|---|---|---|
| 20.   Officer Green believed that Diaz was using his vehicle for cover and concealment. | Green Decl., ¶ 3 | Disputed in that the Officer's belief are not material facts. |
| 21.   Officer Green saw that Diaz was following his movements and making eye contact with him, so Officer Green continuously moved from the "V" of his patrol vehicle's door to the left rear of his patrol vehicle. | Green Decl., ¶ 3; Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27-11:55:45); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 82:10-11, 84:14-85:7); Lacy Decl., ¶¶ 1-6, Ex. 4 (Bemiller MVARS at 7:00-23:05) | Disputed in part. Decedent Diaz was not focused on any officer individually. He paced erratically back and forth in an unfocused manner and moved in and out of the vehicle. D. Lacy Decl., ¶¶ 1- , Ex. A (YouTube Video 1 passim), Ex. B (YouTube Video 2 passim), Ex. E (Green Depo at 81:23-82:9, 89:16-90:17, 90:18-91:3, Ex. N ██████ ████████████, Ex. 5 (Hartkop Body Worn Camera passim). |
| 22.   The VCSO helicopter repeatedly advised that Diaz was concealing his right hand. | Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:18:42, 11:18:53, 11:25:55, 11:32:27 and | Disputed. The VCSO helicopter advised that it was unclear whether Diaz's right arm was injured or was concealing something. D. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | dispatch audio at 48:20, 49:43, 50:50); Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27-11:55:45); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 81:18-22, 91:18-92:18); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 30:10, 31:15, part 2 at 3:10), Ex. 2 (Putzel MVARS, part 1 at 7:00, part 2 at 2:30, 3:30, 17:19), Ex. 3 (Fary MVARS, part 1 at 30:34, 37:47) | Lacy Decl. Exhibit G - CAD entry 11:55:08 at CHP000060; Exhibit K - Hartkop Video at 10:30-42. |
| 23.   Diaz refused to comply with commands to show his hands and surrender and engaged the | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:44-56:48, part 2 at 0:00-20:08), Ex. 2 (Putzel MVARS, part | <u>Disputed in part.</u> Decedent Diaz was not focused on any officer individually. He erratically paced back and forth in an unfocused manner. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| officers in a standoff that lasted approximately one hour. | 1 at 4:13-15:09, part 2 at 0:00-36:35, part 3 at 0:00-37:43), Ex. 3 (Fary MVARS, part 1 at 27:49-56:47, part 2 at 0:00-26:42); Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27-11:55:45); Smith Decl., ¶¶ 1-5, Exs. 1 and 2  (Incident Detail Report at 11:41:15, 11:44:19, 11:54:24, 11:55:08 and dispatch audio at 55:30, 1:02:10, 1:10:45, 1:11:05) | Decedent Diaz was favoring his injured and immobilized right arm. D. Lacy Decl., Ex. A (YouTube Video 1 0.20, 0.26, 3.18, 3.21, passim), Ex. B (YouTube Video 2 passim), Ex. E (Green Depo at 81:23-82:9, 89:16-90:17, 90:18-91:3), Ex. N ███████, Ex. K (Hartkop Body Worn Camera passim), Ex. 6 (VCSO Helo Video passim).<br><br>Officer Green testified that when the officers ordered Diaz to raise his hands, he complied and raised his left hand. Exhibit E - Green Depo 85:22-86:1. |
| 24.   During the standoff, Officer Green and other officers repeatedly told Diaz to put his hands up and gave over 100 | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:44-56:48, part 2 at 0:00-20:08), Ex. 2 (Putzel MVARS, part 1 at 4:13-15:09, part 2 | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| commands to Diaz to surrender. | at 0:00-36:35, part 3 at 0:00-37:43), Ex. 3 (Fary MVARS, part 1 at 27:49-56:47, part 2 at 0:00-26:42); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 82:15-83:6, 85:8-86:12); Declaration of Dean Cook (Cook Decl.), ¶¶ 1-5, 8, 12-13, Ex. 3 (Hartkop Body Worn Camera at 0:00-29:13) | |
| 25.   Diaz continuously refused to raise both hands and surrender. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 85:13-86:1, 87:25-88:10); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:44-56:48, part 2 at 0:00-20:08), Ex. 2 (Putzel MVARS, part 1 at 4:13-15:09, part 2 | Disputed in part. When the officers told him to raise his hands, he raised his left hand. (Exhibit E - Green Depo 85:22-86:1.) Mr. Diaz appears injured and unable to raise his right hand, because he keeps his right arm immobilized by placing his right hand in his pocket. (See |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | at 0:00-36:35, part 3 at 0:00-37:43), Ex. 3 (Fary MVARS, part 1 at 27:49-56:47, part 2 at 0:00-26:42); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:41:15, 11:44:19, 11:54:24, 11:55:08 and dispatch audio at 55:30, 1:02:10, 1:10:45, 1:11:05; Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27-11:55:45); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (Hartkop Body Worn Camera at 0:00-29:13) | Exhibit A - YouTube Video 1 passim; Exhibit G - CAD entry 11:55:08,CHP-000060. Mr. Diaz used only his left hand to remove and re-tie his shoelace. Exhibit B - YouTube Video 2 at 2:51, Exhibit L - Helio Video at 50:15. He used only his left hand to drink liquid in the back of the vehicle. Exhibit A - YouTube Video 1 at 0:26, Exhibit B - Youtube 2 at 3:47) He used only his left hand to move his hair out of face on both the right and left side. Exhibit B - Youtube Video 2 at 2:20, 10:36. Mr. Diaz moved around in what appears to be significant pain.  Exhibit A - Youtube Video 1 at 0:20, Exhibit B - YouTube Video 2 at 0:18, |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | | 0:52, 1:03, 8:22; Exhibit L - Helio Video at 29:32, 30:40, 32:46-38:04; 49:54 ) |
| 26.  Officer Green requested an armored vehicle/SWAT and another officer requested a canine unit, but they were told those resources were not available. | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 32:40, 46:51, 50:10, part 2 at 1:40), Ex. 3 (Fary MVARS, part 1 at 53:25, 56:43, part 2 at 0:02, 8:10); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:41:28, 11:45:01, 11:53:25 and dispatch audio at 56:50, 1:02:37, 1:08:47) | Undisputed. |
| 27.  During the standoff, Diaz was agitated and repeatedly exited and entered his vehicle, hid his hands, suddenly popped his head up over the | Green Decl., ¶ 4; Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 24:44-56:48, part 2 at 0:00-20:08), Ex. 2 (Putzel MVARS, part 1 at 4:13-15:09, part 2 | Disputed in part. Disputed in part. Decedent appeared to be nursing an injury due to the crash into the guardrail. Exhibit A - YouTube Video 1 at 2:46), Exhibit E - Green Depo at 89:16-90:17), Exhibit |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| vehicle and ducked down again, concealed his right hand in his jacket pocket, and behaved very erratically. | at 0:00-36:35, part 3 at 0:00-37:43), Ex. 3 (Fary MVARS, part 1 at 27:49-56:47, part 2 at 0:00-26:42); Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:15:27-11:55:45); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:55:08 and dispatch audio at 1:11:05); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (VCSO Sgt. Hartkop Body Worn Camera 0:00-29:13) | L - Helio Video at 32:50-33:15; CAD entry at 11:55:08 at CHP 0000060.<br><br>Mr. Diaz appears injured and unable to raise his right hand, because he keeps his right arm immobilized by placing his right hand in his pocket. (See Exhibit A - YouTube Video 1 passim; Exhibit G - CAD entry 11:55:08,CHP-000060.<br><br>Mr. Diaz used only his left hand to remove and re-tie his shoelace. Exhibit B - YouTube Video 2 at 2:51, Exhibit L - Helio Video at 50:15.<br><br>He used only his left hand to drink liquid in the back of the vehicle. Exhibit A - YouTube Video 1 at 0:26, Exhibit B - Youtube 2 at 3:47)<br><br>He used only his left hand to move his hair out of face on |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | | both the right and left side. Exhibit B - Youtube Video 2 at 2:20, 10:36. Mr. Diaz moved around in what appears to be significant pain.  Exhibit A - Youtube Video 1 at 0:20, Exhibit B - YouTube Video 2 at 0:18, 0:52, 1:03, 8:22; Exhibit L - Helio Video at 29:32, 30:40, 32:46-38:04; 49:54). |
| 28.   Officer Green heard Diaz say that if he comes out from behind the vehicle he's "coming out shooting." | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 85:8-86:18); Smith Decl., ¶¶ 1-5, Ex. 2 (dispatch audio at 50:23); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 35:10), Ex 2. (Putzel MVARS, part 2 at 11:50), Ex. 3 (Fary MVARS, part 1 at 41:33) | Disputed in part. There helicopter and traffic created a lot of noise so Defendant Green could not be certain about what Decedent Diaz was saying. D. Lacy Decl., Exhibit E - Green Depo 82:19-83:6, 90:3-91:3; Exhibit A - YouTube Video 1 passim; Exhibit N - ███████████ ██████; Exhibit K - Hartkop Video passim. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| 29.   Officer Green heard Diaz yell, "I'm not going back!" and assumed Diaz was referring to prison. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 85:8-86:24) | Disputed in part. There helicopter and traffic created a lot of noise so Defendant Green could not be certain about what Decedent Diaz was saying. D. Lacy Decl., Exhibit E - Green Depo 82:19-83:6, 90:3-91:3; Exhibit A - YouTube Video 1 passim; Exhibit N - ███████ passim; Exhibit K - Hartkop Video passim. |
| 30.   Officer Green heard Diaz say that Diaz was never going to see his kids again. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 89:22-90:17); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 16:06) | Disputed in part. There helicopter and traffic created a lot of noise so Defendant Green could not be certain about what Decedent Diaz was saying. D. Lacy Decl., Exhibit E - Green Depo 82:19-83:6, 90:3-91:3; Exhibit A - YouTube Video 1 passim; Exhibit N - ███████ passim; Exhibit K - Hartkop Video passim. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| 31.   At one point, Diaz yelled, "You motherfuckers will get shot!" | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 1 at 41:30) | Disputed in part. There helicopter and traffic created a lot of noise so Defendant Green could not be certain about what Decedent Diaz was saying. D. Lacy Decl., Exhibit E - Green Depo 82:19-83:6, 90:3-91:3; Exhibit A - YouTube Video 1 passim; Exhibit N - ███████ passim; Exhibit K - Hartkop Video passim. |
| 32.   Given Diaz's erratic behavior, Officer Green believed that Diaz was under the influence of drugs or alcohol. | Green Decl., ¶ 4 | Disputed. Officer Green does not testify to the this fact or mention this during his OIS interview as a consideration in his use of force.<br><br>The officers knew that Mr. Diaz had psych issues. Exhibit G - CAD entry 11:11:49 CHP000059; Officers observed him battering himself. CAD entry 10:45:21 |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | | Mr. Diaz could have been concussed and/or disoriented from the collision with the guardrail. Exhibit L - Helio Video |
| 33.  The VCSO helicopter eventually had to leave to refuel. | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 2:09), Ex. 2 (Putzel MVARS, part 3 at 7:41), Ex. 3 (Fary MVARS, part 1 at 56:19, part 2 at 8:41); Poynter Decl., ¶¶ 1-12, Ex. 7 (VCSO helicopter video at 11:55:45); Smith Decl., ¶¶ 1-5, Exs. 1 and 2 (Incident Detail Report at 11:53:40 and dispatch audio at 1:09:16) | Undisputed. |
| 34.  Officer Green was armed with an AR-15 rifle. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 94:13-17) | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| 35.   CHP Officer Werner Pineda was armed with a shotgun loaded with less-lethal, beanbag shotshells. | Declaration of Michael Monteagudo (Monteagudo Decl.), ¶ 3; Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 93:12-94:12) | Undisputed. |
| 36.   Approximately one hour after Diaz crashed his car, as Diaz was standing outside of his vehicle and facing the officers, Officer Pineda announced, "Less-lethal!" and fired a less-lethal round at Diaz, causing Diaz to fall backward to the pavement. | Monteagudo Decl., ¶ 5; Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 19:55), Ex. 2 (Putzel MVARS, part 3 at 37:29), Ex. 3 (Fary MVARS, part 2 at 26:29), Ex. 4 (Bemiller MVARS at 22:52); Coons Decl., ¶¶ 1-3, Exs. 3-4; Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 96:13-18, 97:11-14); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (VCSO Sgt. Hartkop Body Worn Camera at 25:58) | Undisputed. |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| 37.   Officers then began to approach Diaz to arrest him. | Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 19:57), Ex. 2 (Putzel MVARS, part 3 at 37:31), Ex. 3 (Fary MVARS, part 2 at 26:31), Ex. 4 (Bemiller MVARS at 22:53); Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 96:19-97:17); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (Hartkop Body Worn Camera at 26:00); Monteagudo Decl., ¶ 5 | Undisputed. |
| 38.   Officer Green saw an object that he believed to be a knife and yelled, "Knife! Knife! Knife!" | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 99:3-17, 101:4-13); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 20:01), Ex. 2 (Putzel MVARS, part 3 at 37:35), Ex. 3 (Fary MVARS, part 2 at | Disputed in part. Defendant Green began to yell "Knife" even before he was able to actually see Decedent Diaz or his surroundings. D. Lacy Decl., Exhibit A - YouTube Video 1 at 3:11), Exhibit B YouTube Video 2 at 11:07); Exhibit N █████████ |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
|  | 26:35); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (Hartkop Body Worn Camera at 26:02); Monteagudo Decl., ¶ 5 | ███████; Exhibit K - Hartkop Video at 26:02. Defendant Green stated that he did not know if Decedent Diaz ever had a knife in his hands.  Exhibit E - Green Depo. at 104:24-25. Defendant Green was 20 to 30 feet away and still side-stepping when he yelled "Knife, knife, knife" and was not in a position to see what was actually around Decedent Diaz. Exhibit E - Green Depo. 101:17-22. |
| 39.   Instead of surrendering, Diaz rose to his feet, concealed his right hand, and used his left hand to hold a black object. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 98:17-99:5, 99:21-100:12); Coons Decl., ¶¶ 1-3, Exs. 5-7; Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 20:06), Ex. 2 (Putzel MVARS, part 3 at | Disputed in part. Decedent never fully stood erect, but stumbled and flailed while hunched over, having picked up some debris off the ground after crashing the car into the guide rail. D. Lacy Decl., Exhibit A - YouTube Video 1 at 3:11; Exhibit B - |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | 37:38), Ex. 3 (Fary MVARS, part 2 at 26:42); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (Hartkop Body Worn Camera at 26:11); Monteagudo Decl., ¶ 5 | YouTube Video 2 at 11:07; Exhibit N - ████████ ████████; Exhibit K - Hartkop Video at 26:02); Exhibit G - Pineda OIS statement CHP000906. Diaz never took his right hand out of his pocket. Exhibit A - YouTube Video 1 at 0:20, 0.26, 3:18, 3:21; Exhibit B - YouTube Video 2 at 0.18, 0.52, 1:03, 2:20, 3:35-47, 8:22, 10:36. |
| 40.   Diaz pointed the black object at the officers and lunged forward. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 103:4-25); Coons Decl., ¶¶ 1-3, Exs. 5-7; Lacy Decl., ¶¶ 1-6, Ex. 2 (Putzel MVARS, part 3 at 37:40); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (Hartkop Body Worn Camera at | Disputed in part. Decedent never fully stood erect, but stumbled and flailed while hunched over, having picked up some debris off the ground after crashing the car into the guide rail.  D. Lacy Decl., Exhibit A - YouTube Video 1 at 3:11; Exhibit B - YouTube Video 2 at 11:07; Exhibit N - ████████ |

| STATEMENT OF FACT | EVIDENCE | PLAINITFFS' RESPONSE |
|---|---|---|
| | 26:11); Monteagudo Decl., ¶ 5 | ███; Exhibit K - Hartkop Video at 26:02); Exhibit G - Pineda OIS statement CHP000906. |
| 41.   Officer Green believed that the black object in Diaz's left hand was a gun. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, pp. 103:6-25, 117:18-118:4); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 20:21, 20:25, 21:49, 22:20) | Disputed in part. Decedent Diaz did not have a gun. Whatever Decedent had in his hand looked so unlike a gun, or weapon, investigators were unable to discern what he may have had in his hand. Meanwhile, the Sergeant in charge kept calling for less lethal force to be used. D. Lacy Decl., Exhibit A  - YouTube Video 1 at 3:11: 3:20; Exhibit E - Green Depo at 93:12-94:12, 95:19-96:12, 101:19-102,  103:4-15, 104:20-N05:4, 116:15-117:1); Exhibit N - ████████ ████; Exhibit K - Hartkop Video at 26:02; Monteagudo Decl.  ¶ 5, Document 67-4. |

| **STATEMENT OF FACT** | **EVIDENCE** | **PLAINITFFS' RESPONSE** |
|---|---|---|
| 42.   In fear for his life and the lives of his fellow officers, Officer Green fired four rounds from his rifle at Diaz. | Dean Decl., ¶ 3, Ex. 2 (Green Depo., vol. II, p. 104:1-6); Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 20:08) | Disputed in part. As the Sergeant in charge kept calling for less lethal force to be used, Defendant Green kept firing at Decedent even after he fell to the ground. D. Lacy Decl., ¶¶ 1- , Ex. A (YouTube Video 1 at 3:11), Ex. E (Green Depo at 93:12-94:12, 95:19-96:12, 103:4-15, 104:20-105:4, 116:15-117:1), Ex. N ██████████ ████, Ex. K (Hartkop Body Worn Camera at 26:02). |
| 43.   Officer Pineda also fired a second less-lethal round at Diaz. | Monteagudo Decl., ¶ 5; Lacy Decl., ¶¶ 1-6, Ex. 1 (Green MVARS, part 2 at 20:08) | Undisputed. |
| 44.   VCSO Deputy Noel Juarez also fired his weapon at Diaz. | Dkt. No. 7 – First Amended Complaint, ¶ 30 | Undisputed. |

| **STATEMENT OF FACT** | **EVIDENCE** | **PLAINITFFS' RESPONSE** |
|---|---|---|
| 45.   Diaz was pronounced dead at the scene. | Dkt. No. 7 – First Amended Complaint, ¶ 31 | Undisputed. |
| 46.   After the shooting, a black plastic object, which appears to be part of a console of an automobile, was located next to Diaz's body. | Declaration of Michael Valento, ¶¶ 1-2, Ex. 1 (p. CHP-000604 – item identified as EV-20); Cook Decl., ¶¶ 1-5, 8, 12-13, Ex. 3 (VCSO Sgt. Hartkop Body Worn Camera at 26:19) | Disputed in part. The plastic piece of the center console was on the ground long before the shooting. D. Lacy Decl., Exhibit N ████████, Exhibit L (VCSO Helio Video at 36:05-36:10, 36:27-36:30, 39:53-39:57, 41:08-41:12, 42). |
| 47.   Diaz was under the influence of methamphetamine at the time of the incident. | Spiehler Decl., ¶¶ 1-5, Exs. 1-2; Dean Decl., ¶ 4, Ex. 3 (Posada Depo., pp. 14:21-15:8, 17:22-22:22, 24:25-51:4 and Exs. 2-5 thereto) | Disputed. The toxicologist was not able to determine if Decedent was under the influence of methamphetamine. D. Lacy Decl., Exhibit M - Posada Depo at 51:17-52:9, 52:10-17. |

1   Dated:  December 18, 2020

2                                                    The Law Offices of John L. Burris

3                                                    */s/ DeWitt M. Lacy*
                                                     DeWitt M. Lacy
4                                                     Attorneys for Plaintiffs

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28